# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

TERRY GREENBERG,

    Petitioner,

vs.

ANTHONY HAYNES, Warden,

    Respondent.

CIVIL ACTION NO.: CV212-139

## ORDER

Petitioner Terry Greenberg ("Greenberg") filed Objections to the Magistrate Judge's Report dated December 4, 2012, which recommended that Greenberg's 28 U.S.C. § 2241 petition be denied. Respondent filed a Response. After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation.

In his petition, Greenberg first argues that he has been classified improperly, resulting in his being held in a greater security facility than necessary and his improper ineligibility for camp placement. The Magistrate Judge correctly determined that a prisoner "has no constitutionally protected liberty interest in being classified at a certain security level or housed in a certain prison." Kramer v. Donald, 286 F. App'x 674, 676 (11th Cir. 2008)).

Greenberg also argues, in his petition, that his ineligibility for camp placement is in violation of his right to equal protection under the Fourteenth Amendment. The Magistrate Judge correctly determined that Greenberg's petition does not reveal any

factual basis for an equal protection claim because Greenberg has not shown that the African-Americans who have received camp placement are similarly situated to him and because Greenberg has not shown that he has been denied camp placement based on his race. See Jones v. Ray, 279 F.3d 944, 946–47 (11th Cir. 2001).

Nothing in Greenberg's Objections persuades the Court to disagree with the Magistrate Judge's determinations. Greenberg's Objections to the Magistrate Judge's Report and Recommendation are without merit and are **overruled**. The Report and Recommendation of the Magistrate Judge is adopted as the Opinion of the Court. Greenberg's 28 U.S.C. § 2241 petition is **DENIED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _____, 20___.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)